RECEIVED
AUG 2 9 2022
PETER A. MOORE JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
__Southern__ DIVISION

Tina A Parsons )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 7:22-cv-160-FL
(To be assigned
by the Clerk of
District Court)

vs.
The Davis Community )
_____ )
_____ )
_____ )
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

## COMPLAINT

1. Plaintiff resides at 973 Royal Tern Dr. Hampstead NC 28443

2. Defendant(s) name(s): _____

1

Location of principal office(s) of the named defendant(s):

_____

_____

Nature of defendant(s) business: _nursing home_____

_____

Approximate number of individuals employed by defendant: _500+_____

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) _____ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) __✓__ Other acts as specified below: FMLA -

Right to Sue letter from EEOC

discrimination -

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) __X__ not presently employed by the defendant.

   The dates of employment were __2/2011__ - __10/2020__.

   Employment was terminated because:

   (1) _____ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) __✓__ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _____ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) __✓__ other as specified below:

   _____FMLA_____

   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   _____Davis Community_____

   _____

   _____

   _____

   _____

3

8. The alleged discrimination occurred on or about __10/2020__

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

I was out on FMLA and upon returning to work the administrative position I had the company did not place me back into same position.

10. The alleged illegal activity took place at: __1011 Porters Neck Rd Wilmington NC__

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about __3/2021__. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on __May 2022__.

4

12. I seek the following relief:

   (A) _____ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) __X__ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   8/29/22
   Date

   *[Signature]*
   Signature of Plaintiff

   973 Ropel Fein Dr.
   Hampstead NC 28443

   910 538-8751
   Address and Phone Number of Plaintiff